```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
        FILED
      FEB 21 2012
CLERK, U.S. DISTRICT COURT
By _____
              Deputy
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | )  CASE NO.: 3:11-CR-147-K (08) |
| | ) |
| GASPAR ORROSQUIETA | ) |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

GASPAR ORROSQUIETA, by consent, under authority of United States v. Dees, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has entered a plea of guilty to the **One Count Superseding Indictment** filed on June 21, 2011. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offense(s) charged is supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty and plea agreement be accepted and that Defendant be adjudged guilty and have sentence imposed accordingly.

Date:   February 21, 2012.

*[signature]*

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).